IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

JAMES NEUMAN,

   Plaintiff,

vs.

STATE OF IOWA et al.,

   Defendants.

No. 16-CV-2054-LRR

**ORDER**

_____

   The matter before the court is Plaintiff James Neuman's pro se "Motion for an Order Under Rule [53(a)(1)(B)(i)] Special Prosecutor & New Information" ("Motion") (docket no. 77), which he filed on December 8, 2016. In the Motion, Neuman requests that the court appoint a special prosecutor to investigate the service of certain subpoenas in the state criminal case underlying the instant action. *See* Motion at 19. He argues that the facts alleged in the Motion constitute an "exceptional condition" warranting the appointment of a special master. *See id.* at 1 (quoting Fed. R. Civ. P. 53(a)(1)(B)(i)). However, the court has denied Neuman's previous request for the appointment of a special master in a prior Order. *See* Dec. 1, 2016 Order (docket no. 73) at 2. Having reviewed the allegations in the Motion, the court stands by its previous order. A special master or prosecutor is unnecessary in the instant action.

   The court recognizes that Neuman is frustrated. However, his factual allegations have been considered and the court's disposition of the instant action did not turn on whether subpoenas were properly served in the underlying criminal case. *See generally* Nov. 10, 2016 Order (docket no. 68) (dismissing the case pursuant to the *Rooker-Feldman* doctrine and the Supreme Court's decision in *Heck v. Humphrey*, 512 U.S. 477 (1994)). Furthermore, the language used by Neuman in the order is wholly inappropriate and dances with the line at which sanctions would be appropriate. *See* Motion at 18 ("I want

a federal judge to actually take their job seriously and if there has been any violations of the law or criminal procedures, then issue an Injunctive order telling this Ringling Brother production in Waterloo to straighten up. I have laid my testicals [sic] out onto the table in an attempt to explain just how rotten and evil the Black Hawk Courthouse, the Sheriffs' Department, the District Attorneys' office as well as my own attorney Carter Stevens is."). The court does not take lightly Neuman's apparent allegations that the court is involved in the alleged conspiracy or that it abandoned its duty to fairly and impartially adjudicate the disputes before it. *See id.* ("I realize that Linda Reade just wants to get rid of me and protect her fellow judicial officers. This courts [sic] ability to completely overlook the 30 claims against these defendants is miraculous. Also, this court's ability to twist the truth and facts to help support its dismissal also alarms me."). The court assures Neuman that it has duly and impartially considered his claims in light of the law. Neuman has repeatedly disregarded the court's clear instructions to pursue all relief at the appellate level. *See* Dec. 1, 2016 Order (docket no. 73) at 1; Dec. 2 2016 Order (docket no. 76). The court does note that Neuman has filed a Notice of Appeal (docket no. 78), and urges him to expend his efforts on such appeal—the proper avenue of relief. Any further filings in this action shall be summarily denied.

In light of the foregoing, the Motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED** this 12th day of December, 2016.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA